UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ROBERTO YERO and<br>TRAVEL ALL THE WORLD A/K/A CA TAX SERVICES,<br><br>Defendants. | Case No. 2:24-cv-00539-RFB-BNW<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

In accordance with the Court's order on September 9, 2024, (ECF No. 9), and Federal Rule of Civil Procedure 65, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over Defendant Yero and over the subject of this action.

2. Defendant Yero, without admitting any of the allegations in the United States' complaint, waived the entry of findings of fact and conclusions of law under Federal Rules of Civil Procedure 52 and 65 and voluntarily consents to the entry of this Judgment and Permanent Injunction and agrees to be bound by its terms.

3. Defendant Yero waived the right to appeal from this Judgment and Permanent Injunction.

4. The Parties will bear their own costs, including any attorney's fees or other expenses of this litigation.

5. The Court will retain jurisdiction over this matter for the purpose of implementing and enforcing this Judgment and Permanent Injunction.

6. If Defendant Yero violates the permanent injunction, he may be subject to civil and criminal sanctions for contempt of court.

7. The United States may conduct full post-judgment discovery to monitor compliance with the permanent injunction.

8. Entry of this Judgment and Permanent Injunction resolves only the claims against Defendant Yero in this proceeding and neither precludes the government from pursuing any other current or future civil action, criminal matter, or administrative proceedings against Defendant Yero, nor does it preclude the Defendant Yero from contesting liability in any other matter or proceeding.

9. Defendant Carlos Yero, and anyone acting in concert or participation with him, are permanently enjoined from, directly or indirectly:

    A. Acting as a federal tax return preparer, or preparing, directing the preparation of, or assisting in the preparation of federal tax returns, amended tax returns, or other related documents and forms for any other person or entity other than himself;

    B. Aiding or assisting in preparing federal tax returns, amended tax returns, or other related documents and forms that Defendant Carlos Yero knows or reasonably should know will result in the understatement of any tax liability or the overstatement of a federal tax refund;

    C. Owning, managing, controlling, working for, profiting from, or volunteering for any business or entity engaged in tax return preparation;

    D. Using an Electronic Filing Identification Number (EFIN), Employer Identification Number (EIN), Preparer Tax Identification Number (PTIN), Social Security Number (SSN), Taxpayer Identification Number (TIN), or any other federally

issued identification number that belongs to another person in order to file or remit federal tax returns for other persons or entities;

      E.     Using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN(s) or EFIN(s);

      F.     Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6701 or any other penalty provision in the Internal Revenue Code; and

      G.     Engaging in conduct that substantially interferes with the proper administration and enforcement of the Internal Revenue laws and from promoting any false tax scheme.

10. Defendant Yero shall produce to counsel for the United States within thirty (30) days of entry of this Judgment and Permanent Injunction a list that identifies by name, social security number, address, e-mail address, telephone number, and tax period(s) all persons or entities for whom Defendant Carlos Yero has prepared federal tax returns or claims for refund since January 1, 2017;

11. Defendant Yero shall, within thirty (30) days of entry of this Judgment and Permanent Injunction and at his own expense, contact by mail, and, if an e-mail address is known, by e-mail, each person or entity for whom Defendant Carlos Yero has prepared federal income tax returns since January 1, 2017, to inform them of the permanent injunction entered against him, including sending a copy of this Judgment and Permanent Injunction but not enclosing any other documents or enclosures unless agreed to by counsel for the United States or approved by the Court. Defendant Yero shall file a sworn statement with the Court evincing his compliance with this directive within forty-five (45) days of entry of this Judgment and Permanent Injunction.

12. Defendant Yero shall, within thirty (30) days of entry of this Judgment and Permanent Injunction provide a copy of this Judgment and Permanent Injunction to all of the principals, officers, managers, employees, and independent contractors of his tax return preparation business and provide to counsel for the United States a signed and dated

acknowledgement or receipt of the Court's order for each person to whom they provided a copy of the Court's order; and

        13.     Defendant Yero shall prominently post a copy of this Judgment and Permanent Injunction at his place of business. Defendant Yero shall file a sworn statement with the Court evincing his compliance with this directive within forty-five (45) days of entry of this Judgment and Permanent Injunction.

        **IT IS SO ORDERED.**

        **DATED:** October 15, 2024.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**